Entered: April 11th, 2024
Signed: April 10th, 2024
**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# at Greenbelt

In re:   Case No.: **24–12500 – LSS**   Chapter: **11**

**Warfield Historic Properties, LLC and**
**Warfield Center, LLC**
Debtors

## ORDER DISSOLVING SHOW CAUSE ORDER
## AFTER FILING OF SMALL BUSINESS
## DOCUMENTS

Upon consideration of the small business documents filed by Warfield Hostoric Properties, LLC et al, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Show Cause Order entered March 28, 2024, is hereby DISSOLVED.

cc:   Debtor
      Attorney for Debtor – Michael J. Lichtenstein
      Case Trustee – For Internal Use Only
      U.S. Trustee

**End of Order**

39x12 (rev. 05/31/1990) – DanielWalston